STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOANNE MATTESON and
KENNETH M. MATTESON

VS.

GU MARKETS LLC, A/K/A GU
MARKETS OF PAWTUCKET LLC,
D/B/A RO-JACKS, and
JUAN RODRIGUES

C.A. NO.: 05-2174

## COMPLAINT

### COUNT I

1. Plaintiff, JOANNE MATTESON, a female employee of Defendant, GU Markets LLC, a/k/a GU Markets of Pawtucket LLC, d/b/a RO-JACKS, hereinafter referred to as RO-JACKS, brings this action under Title VII of the Civil Rights Act of 1964 and under the provisions of the Rhode Island Fair Employment Practices Act because of Defendant, RO-JACKS, inaction with regard to sexual harrassment by Defendant, JUAN RODRIGUES, an employee of Ro-Jacks, which conduct created a hostile work environment as applied to the Plaintiff, JOANNE MATTESON.

2. On July 18, 2004, Plaintiff submitted a Charge of Discrimination on the basis of sex to the Rhode Island Commission for Human Rights.

3. On or about December 16, 2004, Plaintiffs notified the Rhode Island Commission for Human Rights that it was their wish to request a Right to Sue regarding the charge on the basis that not less than 120 days, and not more than 2 years have elapsed from the date of the filing of the charge and the Commission had been unable to secure a settlement or conciliation agreement, and the Commission had not commenced a hearing on the Complaint.

4. A Notice of Right to Sue was issued by the Rhode Island Commission for Human Rights on February 7, 2005, and an additional Notice was issued by the Equal Employment

...w Offices
...TI & TENTS
...ork Avenue
...on, RI 02910
...1 941-4050
...01) 941-2350

Opportunity Commission on February 10, 2005. Upon issuance of the Notices to Sue, both the Rhode Island Commission for Human Rights and the Equal Employment Opportunity Commission terminated further processing of the Plaintiff's, JOANNE MATTESON, charge.

5. Plaintiff, JOANNE MATTESON, is an adult female employee of Defendant, RO-JACKS. The Defendant, RO-JACKS, is an employer within the State of Rhode Island, and within the jurisdictional coverage of Title VII of the Civil Rights Act, and also the State of Rhode Island Fair Employment Practices Act.

6. Defendant, RO-JACKS, is, and at all times material hereto was an employer within the State of Rhode Island, and accountable for the action of its employees, and in particular, the action of Defendant, JUAN RODRIGUES.

7. Defendant, JUAN RODRIGUES, at all times material hereto, was an employee of Defendant, RO-JACKS.

8. Plaintiff, JOANNE MATTESON, at all times material hereto satisfactorily performed her duties and was never disciplined in any way by Defendant, RO-JACKS.

9. Beginning in early 2004, Defendant, RO-JACKS, allowed Defendant, JUAN RODRIGUES, to subject Plaintiff, JOANNE MATTESON, to sexual harrassment without appropriate reprimand. Defendant, JUAN RODRIGUES, continually subjected Plaintiff, JOANNE MATTESON, to comments of a sexual nature, as well as unwanted sexual advances and improper touching of a sexual nature.

10. Plaintiff, JOANNE MATTESON, did everything possible to fend off and/or avoid Defendant, JUAN RODRIGUES, and Defendant ROJACKS' warning to Rodrigues, in February, 2004 with regard to his conduct was unsatisfactory due to the fact that Rodrigues had been previously warned with regard to unwanted sexual advances and improper touching of a sexual nature with other female employees.

11. Plaintiff JOANNE MATTESON's claim of gender based discrimination arises from the above allegations of sexually harrassing remarks and actions, and from the

Law Offices
BETTI & TENTR
1 Doric Avenue
Cranston, RI 02910
(401) 941-4050
F (401) 941-2130

subjection of Plaintiff, JOANNE MATTESON, to a working environment where remarks and actions of a sexual nature by Defendant, JUAN RODRIGUES, created a hostile working environment.

12. Defendant, JUAN RODRIGUES' sexually discriminating conduct, as an employee of Defendant, RO-JACKS, created a work environment extremely detrimental to Plaintiff's, JOANNE MATTESON, emotional and physical health, interferred with said Plaintiff's work performance, causing her to leave her job, and further caused her acute emotional distress necessitating medical treatment and consequent medical expenses.

13. Even though Defendant RODRIGUES had prior complaints against him for improper contact of a sexual nature with female employees, Defendant RO-JACKS warned Defendant RODRIGUES to cease certain activities, rather than terminate his employment as a result of improper contact of a sexual nature with Plaintiff, JOANNE MATTESON.

14. These actions and omissions on the part of Defendant RO-JACKS constituted discriminatory treatment against Plaintiff, JOANNE MATTESON.

15. The actions and omissions of Defendant RODRIGUES, as well as Defendant, RO-JACKS, subjected Plaintiff to the deprivation of rights secured to her through Title VII of the Civil Rights Act of 1964 and the provisions of the Fair Employment Practices Act of the State of Rhode Island. As a result, Plaintiff has sustained a loss of wages, medical expenses, and significant pain and suffering, and is entitled to reasonable attorney's fees and costs.

16. The monetary amount claimed in this action is sufficient to establish the jurisdiction of the Superior Court.

**WHEREFORE**, Plaintiff, JOANNE MATTESON, demands judgment against Defendants, and each of them, for compensatory damages, punitive damages, interest and costs.

Law Offices
ETTI & TENTE
1 Doric Avenue
nston, RI 02910
401) 941-4050
: (401) 941-2150

COUNT II

1. Paragraphs 1 through 15 of Count I of this Complaint are incorporated by reference as if set forth fully at length herein.

2. As a result of the wrongful acts of Defendant, JUAN RODRIGUES, and Defendant, RO-JACKS, as previously indicated herein, Plaintiff, KENNETH M. MATTESON, the spouse of Plaintiff, JOANNE MATTESON, was deprived of her society and companionship, continues to be deprived of her society and companionship, and has incurred additional damages.

3. The monetary amount claimed against the Defendants is sufficient to establish the jurisdiction of the Superior Court.

**WHEREFORE**, Plaintiff, KENNETH M. MATTESON, demands judgment against Defendant, JUAN RODRIGUES, and Defendant, RO-JACKS, for compensatory damages, interest and costs.

Plaintiffs,

JOANNE MATTESON and
KENNETH M. MATTESON
By their Attorney,

DENNIS J. TENTE, ESQ. #1949
COLETTI & TENTE
311 Doric Ave.
Cranston, RI 02910
Tel: (401) 941-4050
Fax: (401) 941-2130

Dated: ____________________

**PLAINTIFFS DEMAND TRIAL BY JURY**

w Offices
TI & TENTE
Doric Avenue
on, RI 02910
) 941-4050
) 941-2130