**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOANNE MATTESON and KENNETH M. MATTESON,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GU MARKETS LLC, A/K/A GU MARKETS OF PAWTUCKET LLC, D/B/A RO-JACKS, and JUAN RODRIGUES,**<br><br>**Defendants.** | : | [redacted] **Civil Action No.** 05 218 S<br><br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL**

Defendants GU Markets LLC and Juan Rodrigues file this Notice of Removal of the above-entitled action to the United States District Court for the District of Rhode Island from the Superior Court of Rhode Island for Providence County, where the action is now pending. In support of removal, Defendants state as follows:

1. Plaintiff commenced this action, captioned Joanne Matteson and Kenneth M. Matteson v. GU Markets LLC, a/k/a GU Markets of Pawtucket LLC, d/b/a Ro-Jacks, and Juan Rodrigues, Civil Action No. 05-2174, in the State of Rhode Island Superior Court for Providence County. Process was served on Defendant GU Markets LLC on or about May 2, 2005. Accordingly, this Notice of Removal is being filed within thirty (30) days from the date on which GU Markets LLC received the Summons and Complaint, as required by 28 U.S.C. § 1446(b).

2. The Complaint asserts a violation of Title VII of the Civil Rights Act of 1964, as well as state law claims under the Rhode Island Fair Employment Practices Act.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) because the Complaint alleges a claim arising under the laws of the United States, namely, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*.

4. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 because the state law claims are so related and arise out of the same nucleus of operative facts as the federal claim to constitute part of the same case or controversy under Article III of the United States Constitution.

5. This action is one that Plaintiff could originally have filed in this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367. It therefore may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

6. This Notice of Removal is being filed in the United States District Court for the District of Rhode Island, the district court of the United States for the district and division within which the state court action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

7. Certified copies of all State court records and docket entries will be filed within 10 days pursuant to Local Rule 36(b).

8. Exhibit A is a copy of the Notice of Filing Notice of Removal addressed to the Clerk of the State of Rhode Island Superior Court, the original of which is being filed with said Clerk as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants GU Markets LLC and Juan Rodrigues hereby remove this action to this Court and requests that this action proceed in this Court accordingly.

Dated: Providence, Rhode Island
May 18, 2005

Respectfully submitted,

DEFENDANTS, GU MARKETS LLC and
JUAN RODRIGUES
By their attorneys,

MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

**CERTIFICATE OF SERVICE**

I hereby certify that I am over eighteen years of age and not a party to this suit. On this 18th day of May, 2005, I caused a true and accurate copy of the within Notice of Filing Notice of Removal to be sent via first-class mail postage prepaid to the following:

Dennis J. Tente, Esq.
Coletti & Trente
311 Doric Avenue
Cranston, RI 02910

*332448_1.doc*

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

A

| | | |
|---|---|---|
| **JOANNE MATTESON and KENNETH M. MATTESON,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GU MARKETS LLC, A/K/A GU MARKETS OF PAWTUCKET LLC, D/B/A RO-JACKS, and JUAN RODRIGUES,**<br><br>**Defendants.** | : | **Civil Action No. 05-2174**<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

To: Henry S. Kinch, Jr., Clerk
Providence Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

PLEASE TAKE NOTICE that Defendants GU Markets LLC and Juan Rodrigues have on this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of this action from the State of Rhode Island Superior Court for Providence County. A true and correct copy of the Notice of Removal is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Filing Notice of Removal in the Superior Court effects the removal of this action from the Superior Court's jurisdiction and the Superior Court "shall proceed no further unless and until the case is remanded." 28 U.S. C. § 1446(d).

Dated: Providence, Rhode Island
May 18, 2005

Respectfully submitted,

DEFENDANTS, GU MARKETS LLC and
JUAN RODRIGUES
By their attorneys,

MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

## CERTIFICATE OF SERVICE

I hereby certify that I am over eighteen years of age and not a party to this suit. On this 18th day of May, 2005, I caused a true and accurate copy of the within Notice of Filing Notice of Removal to be sent via first-class mail postage prepaid to the following:

Dennis J. Tente, Esq.
Coletti & Trente
311 Doric Avenue
Cranston, RI 02910

*332438_1.doc*