**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOANNE MATTESON and KENNETH M. MATTESON,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **C. A. No. 05-218S** |
| **GU MARKETS LLC, a/k/a GU MARKETS OF PAWTUCKET LLC, d/b/a RO-JACKS, and JUAN RODRIGUES,** | : | |
| **Defendants.** | : | |

**NOTICE OF DEPOSITION**

DEPONENT: JOANNE MATTESON
c/o Dennis J. Tente, Esq.
311 Doric Avenue
Cranston, RI 02910

DATE & TIME OF TAKING: **October 4, 2005 at 10:00 a.m.**

PLEASE TAKE NOTICE that pursuant Rule 30 of the Federal Rules of Civil Procedure, Defendant will take testimony upon oral examination of the above-named deponent, **at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island** at the date and time set forth above. The deposition will be continued from day to day until complete. This deposition will be recorded by stenographic means. This deposition may be used as testimony at the trial of this case.

Dated: Providence, Rhode Island
August 30, 2005

DEFENDANTS, GU MARKETS LLC and
JUAN RODRIGUES
By their attorneys,

Jaime J. LaPorte

MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604

## CERTIFICATE OF SERVICE

I hereby certify that I am over age 18 and not a party to this suit. On this 30th day of August, 2005, I sent via first-class mail postage prepaid a true and accurate copy of the within Notice of Deposition to the following:

Dennis J. Tente, Esq.
Coletti & Tente
311 Doric Avenue
Cranston, RI 02910

[signature]

*342434_1.doc*