RECEIVED
NOV 04 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JOANNE MATTESON and KENNETH M. MATTESON,**

**Plaintiffs,**

**v.** **C. A. No. 05-218S**

**GU MARKETS LLC, a/k/a GU MARKETS OF PAWTUCKET LLC, d/b/a RO-JACKS, and JUAN RODRIGUES,**

**Defendants.**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), Plaintiffs Joanne Matteson and Kenneth Matteson and Defendants GU Markets LLC a/k/a GU Markets of Pawtucket LLC d/b/a Ro-Jacks and Juan Rodrigues stipulate to the dismissal with prejudice of all claims in the above-captioned action, with all rights of appeal being hereby waived. Each party will bear its own fees and costs.

PLAINTIFFS, JOANNE MATTESON and KENNETH MATTESON
By their attorneys,

Dennis J. Tente
DENNIS J. TENTE (#1949)
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
Tel: (401) 941-4050
Fax: (401) 941-2130
Dated: October 31, 2005

DEFENDANTS, GU MARKETS LLC and JUAN RODRIGUES
By their attorneys,

MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: 11/4/05

*358944_1.doc*

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 11/4/05